UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 23-CR-452-3 (ABJ) |
| v. | : |
| | : |
| TYJUAN MCNEAL, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I. Penalties

The penalties for Conspiracy to Commit Firearms Trafficking, in violation, of Title 18, United States Code, § 933(a)(1),(3) are:

(A) A term of imprisonment not more than 15 years;

(B) A fine not to exceed $250,000;

(C) A term of supervised release of not more than three years; and

(D) A special assessment of $100.

### II. Elements of the Offense

To prove that the defendant is guilty of Conspiracy to Commit Firearms Trafficking, the government must prove the following beyond a reasonable doubt:

(A) That the defendant and at least one other person agreed to try to accomplish a common and unlawful plan, as charged in the indictment, namely trafficking in firearms;

(B) That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose.

Trafficking in firearm occurs when someone knowingly ships, transports, transfers, causes to be

1

*T. M*
*2-21-25*

transported or disposes of a firearm to another person in or otherwise affecting interstate or foreign commerce knowing or having reasonable cause to believe that receipt of the firearm by the other person will constitute a felony.

### III.    Proffer of Evidence

On or before December 13, 2023, Defendant Tyjuan McNeal and his co-conspirators conspired and agreed to break into and steal firearms from the A & D Pawn Shop in Maryland, and then traffic in those stolen firearms. A & D Pawn Shop is an entity licensed to engage in the business of importing, manufacturing, and dealing in firearms.

Around 3:30 A.M. on December 13, 2023, the defendant and at least four co-conspirators drove from Washington, D.C. to the A & D Pawn Shop in Maryland in two vehicles. Once at the A & D Pawn Shop, one of the co-conspirators used a portable saw to cut the locks on a pull-down security gate covering the entrance to the A & D Pawn Shop. Another co-conspirator then used a crowbar-type tool to pry open the main door to the A & D Pawn Shop. After breaking into the A & D Pawn Shop, the defendant and four other co-conspirators then entered the store, grabbed firearms from the store's shelves and display racks, and left the store with the firearms. In total, the defendant and his co-conspirators stole at least 34 firearms from the A & D Pawn Shop. At least two of those firearms were semiautomatic firearms with a magazine attached to it that could accept more than 15 rounds of ammunition.

After stealing the firearms, the defendant and his co-conspirators then left in two vehicles with the 34 stolen firearms and transported the firearms to Washington, D.C. Three co-conspirators left in a stolen red Hyundai Sonata with several of the stolen firearms. The defendant left in a

T.M
2-21-25

different vehicle. While driving back to Washington, D.C., the red Hyundai Sonata crashed on I-295 while heading southbound on Kenilworth Avenue, NE, in Washington, DC. After the crash, the co-conspirators in the red Hyundai fled with some of the stolen firearms; however, the following eight stolen firearms were left in the crashed vehicle and later recovered by law enforcement:

- Hammerli, model TAC R1, .22 LR caliber rifle;
- Mossberg, model 590 Nightstick, 12-Gauge shotgun;
- Kel-Tec, model SU22, .22 LR caliber rifle;
- Smith & Wesson, model M&P 15, .22 LR caliber rifle;
- Smith & Wesson. model M&P 22 Compact, .22 caliber pistol;
- Mossberg, model 590, 12-Gauge shotgun;
- H&K, model 416, .22 LR caliber rifle; and
- Kahr Arms, model CT9, 9mm caliber pistol.

Two of those firearms, the Kel-Tec, model SU22, .22 LR caliber rifle and the Smith & Wesson, model M&P 15, .22 LR caliber rifle, each had a 25-round capacity magazine attached.

Inside the crashed vehicle, law enforcement also found a co-conspirator's cell phone with an open GPS route displayed, showing a destination address that matched the co-conspirator's apartment building. The most recent GPS destination before the co-conspirator's address was the address for the A & D Pawn Shop.

After the burglary of the A & D Pawn Shop, the defendant and his co-conspirators conspired to traffic the firearms stolen from the A & D Pawn Shop. The defendant agreed with his co-conspirators to knowingly ship, transport, or transfer two or more firearms to other persons, including other co-conspirators, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the recipients would constitute a felony. The defendant

3

also knew that the recipients of the firearms would dispose of the firearms unlawfully, because the defendant knew that himself and co-conspirators would knowingly sell stolen firearms that have been transported in interstate commerce. The defendant also knew or had reasonable cause to believe that an individual under a criminal justice sentence at the time of the offense would receive firearms as a result of the conspiracy, because the defendant himself previously received two or more firearms while under a criminal justice sentence at the time of the offense and while wearing an ankle monitor, which he had covered with aluminum foil during the offense.

In addition, and as part of the firearms trafficking conspiracy, the defendant and his co-conspirators used social media to advertise the sale of the stolen firearms. In particular, the defendant communicated with another individual on the day of the burglary in order to sell at least six of the stolen firearms. One co-conspirator also sent photographs of at least four of the stolen firearms to a social media user on the day of the burglary, and through an associate, also sent messages to multiple social media users to let them know that "we got shit onna market," referring to the stolen firearms.

Two days after the burglary, on December 15, 2023, one co-conspirator was arrested with two of the stolen firearms: a Ruger, model 57, .57 caliber pistol, and a Kel-Tec, model sub-2000, 9mm rifle. Another co-conspirator was arrested the same day with one of the stolen firearms, a Smith & Wesson. On December 28, 2023, pursuant to a search warrant, law enforcement recovered four of the stolen firearms from individuals who were not involved in the burglary. On August 20, 2024, law enforcement recovered an additional stolen firearm when they arrested an individual who was in possession of one of the stolen firearms. To date, eighteen firearms still remain missing.

On March 22, 2024, the defendant was arrested in connection with this case. During his

T.M
7-21-25

arrest, a Glock, model 29, 10mm pistol with a 16-round magazine fell from his person. ~~In addition, another firearm with a 30-round capacity magazine was separately recovered from the defendant's home during his arrest.~~ Neither of these firearms were one of the firearms stolen from the FFL by the defendant and his co-conspirators on December 13, 2023.

      The defendant is not aware of any information that contradicts the indictment in this case.

      Respectfully Submitted,

      */s/ Shehzad Akhtar*
      Shehzad Akhtar
      Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read this Statement of Offense and carefully reviewed every part of it with my attorney, Todd Baldwin, Esq. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

Date: 2-21-25

Tyjuan McNeal
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Proffer of Facts and carefully reviewed it with my client and discussed it fully. I do not object to my client's agreement with and acceptance of this Proffer of Facts.

Date: 2-21-25

Todd Baldwin, Esq.
Attorney for Tyjuan McNeal

6